**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Robby Lajuan WILLIAMS,**
Defendant–Appellant.

No. 03–40861.
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2003.

James Lee Turner, John Richard Berry, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E Dahlin, II, Federal Public Defender, Jason Bradford Libby, Molly E. Odom, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

Robby LaJuan Williams appeals his guilty plea conviction for possession with intent to distribute less than five grams of cocaine base. Williams argues that 21 U.S.C. §§ 841(a) and (b) were rendered facially unconstitutional by *Apprendi v. New Jersey*, 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Williams concedes that his argument is foreclosed by our opinion in *United States v. Slaughter*, 238 F.3d 580, 581–82 (5th Cir.2000), which rejected a broad *Apprendi*-based attack on the constitutionality of that statute. He raises the issue only to preserve it for Supreme Court review. A panel of this court cannot overrule a prior panel's decision in the absence of an intervening contrary or superseding decision by this court sitting en banc or by the United States Supreme Court. *Burge v. Parish of St. Tammany*, 187 F.3d 452, 466 (5th Cir. 1999). No such decision overruling *Slaughter* exists. Accordingly, his argument is foreclosed, and the judgment of the district court is AFFIRMED.

The Government has moved for a summary affirmance in lieu of filing an appellee's brief. In its motion, the Government asks that an appellee's brief not be required. The motion is GRANTED.

AFFIRMED; MOTION GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

